UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

=====================================================

ALBERT L. ROSE,

                                    Plaintiff,

                                                          DECISION AND ORDER
          v.                                              15-CV-534A

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                                    Defendant.

=====================================================

          The above-referenced case was referred to Magistrate Judge Hugh B.

Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On May 6, 2016, Magistrate Judge Scott

filed a Report and Recommendation (Dkt. No. 14), recommending that the decision of

the Commissioner be reversed, and that this matter be remanded for further

administrative proceedings.  Magistrate Judge Scott further recommended that

defendant's motion for judgment on the pleadings (Dkt. No. 12) should be denied, and

that plaintiff's motion for similar relief in his favor (Dkt. No. 9) should be granted.

          The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Scott's Report and Recommendation, the decision of the

Commissioner is reversed, and this matter is remanded for further administrative

proceedings.  It is further ORDERED that defendant's motion for judgment on the

pleadings (Dkt. No. 12) is denied, and plaintiff's motion for similar relief in his favor (Dkt. No. 9) is granted.

The Clerk of Court shall take all steps necessary to close the case.


IT IS SO ORDERED.


_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   June 16, 2016